IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02583-RPM

MUSCOGEE CREEK NATION DIVISION OF HOUSING,
CHEROKEE NATION HOUSING AUTHORITY,
COMANCHE NATION HOUSING AUTHORITY,
HOUSING AUTHORITY OF THE PEORIA TRIBE OF INDIANS OF OKLAHOMA, and
HOUSING AUTHORITY OF THE OSAGE TRIBE (FORMERLY OSAGE TRIBE OF INDIANS OF OKLAHOMA)

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development;
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing; and
PAULA BLUNT, General Deputy Assistant Secretary for Public and Indian Housing

    Defendants.

---

## ORDER
---

Upon consideration of the Joint Motion for Stay of Proceedings (Dkt. No. 7), it is ORDERED that this action is stayed pending the United States Court of Appeals for the Tenth Circuit's final decision in the pending case of *Fort Peck Housing Authority v. United States Department of Housing and Urban Development et al.*, Cross Appeal Case Nos. 06-1425 and 06-1447 (the "Appeal"). The parties shall inform the Court of a decision by the Tenth Circuit regarding the Appeal within 15 days of that decision.

Dated: February 3rd, 2009.

BY THE COURT
s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge