IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02583-RPM

MUSCOGEE CREEK NATION DIVISION OF HOUSING,
CHEROKEE NATION HOUSING AUTHORITY,
COMANCHE NATION HOUSING AUTHORITY,
HOUSING AUTHORITY OF THE PEORIA TRIBE OF INDIANS OF OKLAHOMA, and
HOUSING AUTHORITY OF THE OSAGE TRIBE (FORMERLY OSAGE TRIBE OF INDIANS OF OKLAHOMA)

      Plaintiffs,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development;
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing; and
PAULA BLUNT, General Deputy Assistant Secretary for Public and Indian Housing

      Defendants.

---

## ORDER CONTINUING STAY
---

Upon consideration of the Joint Notice of Decision and Motion to Continue Stay (Dkt. No. 9), it is

ORDERED that the parties shall file a joint status report within 30 days after the Tenth Circuit issues the mandate in *Fort Peck Housing Auth. v. U.S. Dep't of Housing and Urban Dev.*, Cross Appeal Case Nos. 06-1425 and 06-144. The joint status report shall include proposed deadlines to respond to the complaint, file an administrative record, and brief the merits of the case.

Dated March 9th, 2010.

                                BY THE COURT

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch
                                United States District Court Senior Judge