IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02583-RPM

MUSCOGEE CREEK NATION DIVISION OF HOUSING,
CHEROKEE NATION HOUSING AUTHORITY,
COMANCHE NATION HOUSING AUTHORITY,
HOUSING AUTHORITY OF THE PEORIA TRIBE OF INDIANS OF OKLAHOMA, and
HOUSING AUTHORITY OF THE OSAGE TRIBE (FORMERLY OSAGE TRIBE OF INDIANS OF OKLAHOMA),

      Plaintiffs,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
ALPHONSO JACKSON, Secretary of Housing and Urban Development;
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing; and
PAULA BLUNT, General Deputy Assistant Secretary for Public and Indian Housing,

      Defendants.

___

## ORDER FOR DISMISSAL
___

Pursuant to the Stipulation of Dismissal [16] it is

ORDERED that this action is dismissed without prejudice.

DATED: June 16th, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge